ROBB EVANS, DISTRIBUTION AGENT
11450 SHELDON STREET
SUN VALLEY, CA  91352
TELEPHONE: (818) 768-8100
FACSIMILE:  (818) 768-8802

COURT-APPOINTED DISTRIBUTION AGENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br>       v.<br><br>METROPOLIS HOLDINGS, LLC and EDWARD GRAY,<br><br>               Defendants. | Case No. CIV F-03-5538 AWI-LJO<br><br>ORDER APPROVING DISTRIBUTION AGENT'S PLAN FOR DISTRIBUTION OF FUNDS AS OF MARCH 31, 2005 AND PROPOSED INITIAL DISTRIBUTION<br><br>(Document #157) |

The Distribution Agent's Plan for Distribution of Funds as of March 31, 2005 and Request for Approval of Proposed Initial Distribution, having been filed with the Court, the Court having reviewed the Plan, and good cause appearing therefor rules as follows:

IT IS HEREBY ORDERED:

1. The Court approves the Distribution Agent's Plan for Distribution of Funds as of March 31, 2005 and his proposed initial distribution of the sum of $1,714,000 to claimants with approved claims on a *pro rata* basis as more fully outlined in Exhibit "A" thereto;

    The Disbursing Agent is authorized to immediately disburse funds to claimants with approved claims on a *pro rata* basis;

    3.    The Court directs that the sum of $1,714,000 currently held in the Court Registry be turned over to the Disbursing Agent.

IT IS SO ORDERED.

**Dated:   April 27, 2005**                                   /s/ Anthony W. Ishii
0m8i78                                                                UNITED STATES DISTRICT JUDGE