UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>    v.<br><br>METROPOLIS HOLDINGS, LLC and EDWARD GRAY,<br><br>    Defendants. | Case No. CIV F-03-5538 AWI-LJO<br><br>**AMENDED** ORDER APPROVING DISTRIBUTION AGENT'S PLAN FOR DISTRIBUTION OF FUNDS AS OF MARCH 31, 2005 AND PROPOSED INITIAL DISTRIBUTION<br><br>(Document #157) |

The Distribution Agent's Plan for Distribution of Funds as of March 31, 2005 and Request for Approval of Proposed Initial Distribution, having been filed with the Court, the Court having reviewed the Plan, and good cause appearing the court issues this Amended Order:

IT IS HEREBY ORDERED:

1.   The Court approves the Distribution Agent's Plan for Distribution of Funds as of March 31, 2005 and his proposed initial distribution of the sum of $1,714,000 to claimants with approved claims on a *pro rata* basis as more fully outlined in Exhibit "A" thereto;

2.	The Disbursing Agent is authorized to immediately disburse funds to claimants with approved claims on a *pro rata* basis;

3.	The Court directs that the sum of $1,707,474.29 in principle, plus any interest less the court's registry fee, currently held in the Court Registry to be turned over to the Disbursing Agent;

4.	The Clerk of the Court is DIRECTED to serve a courtesy copy of this order on the Financial Office of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

**Dated:    May 2, 2005**                                       **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE