ROBB EVANS, DISTRIBUTION AGENT
11450 SHELDON STREET
SUN VALLEY, CA  91352
TELEPHONE: (818) 768-8100
FACSIMILE:  (818) 768-8802

COURT-APPOINTED DISTRIBUTION AGENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>METROPOLIS HOLDINGS, LLC and EDWARD GRAY,<br><br>　　　　　Defendants. | Case No. CIV F-03-5538 AWI-LJO<br><br>ORDER ON DISTRIBUTION AGENT'S FINAL STATUS REPORT AS OF AUGUST 8, 2005 AND REQUEST FOR DISCHARGE<br><br>Date:　[NO HEARING SCHEDULED]<br>Time:<br>Place:　1130 "O" Street, Crtrm 3<br>　　　　Fresno, CA  93721<br>　　　　Judge Anthony W. Ishii |

　　　The Distribution Agent's Final Status Report as of August 8, 2008 and Request for Discharge, having been filed with the Court, the Court having reviewed the Report, and good cause appearing therefore rules as follows:

　　　IT IS HEREBY ORDERED:

　　　1.　　The Court approves the Distribution Agent's fees and expenses, including closing costs, in an amount not to exceed $7,000.00, and authorizing that said sums may be paid;

     2.     Robb Evans, Distribution Agent, is hereby discharged from all further duties, liabilities and responsibilities as Distribution Agent herein and the Court approves and ratifies his actions as having been in the best interests of the parties and investors.

IT IS SO ORDERED.

**Dated:     August 10, 2005**                 **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE