1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

     v.

METROPOLIS HOLDINGS, LLC and
EDWARD GRAY,

          Defendants.

Case No. 1:03-5538 AWI-LJO

ORDER GRANTING MOTION TO
WITHDRAW

(Document #167)

     On the motion of plaintiff Securities and Exchange Commission to allow one of its attorneys, James A. Howell, to withdraw from the action, the Court finding good cause therefore, the motion is granted.

     The court orders that James A. Howell may withdraw as counsel for plaintiff.

IT IS SO ORDERED.

Dated:    **March 5, 2008**            **/s/ Anthony W. Ishii**

                                 UNITED STATES DISTRICT JUDGE